STATE OF NEW JERSEY v. CATHY VINES.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN A. LAMAR.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DWAYNE CADE.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRE HERD.

May 2, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MAXIMO TURBIDES.

May 2, 1989.

Petition for certification denied.